PROB 12C
(D/KS 1/06)

# United States District Court

### for the

### District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

FILED

DEC 0 7 2006

RALPH D. DeLOACH, CLERK
By _____ Deputy

Case Number: **1083 6:02CR10009-001**

Name of Offender: **Jason A. Unruh**

Name of Sentencing Judicial Officer:  Honorable Wesley E. Brown,
Senior U.S. District Judge

SEALED

Date of Original Sentence:  1/12/2004

Original Offense:  Ct. 6: Possession with Intent to Distribute in Excess of 50 Grams of
Methamphetamine, 21 U.S.C. § 841(a)(1).
Ct. 8: Carrying or Using a Firearm During and in Relation to a Drug
Trafficking Crime, 18 U.S.C. § 924(c).

Original Sentence:  Imprisonment - 84 Months
Supervised Release - 60 Months

Type of Supervision:  TSR           Date Supervision Commenced:  6/9/2006

Asst. U.S. Attorney:  D. Blair Watson     Defense Attorney:  Jeff Griffith

---

## PETITIONING THE COURT

[ X ]   To issue a warrant
[   ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of
supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician." (In violation of Standard Condition #7.)**<br><br>Mr. Unruh submitted positive urine specimens on 08/23/06, 08/25/06, 08/31/06 and 09/03/06. He signed an admission of use form stating he had used methamphetamine on 08/21/06. |
| 2 | **"The defendant shall participate in an approved program for substance abuse, which may include testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay, at the direction of the United States Probation Office. The defendant shall abstain from the use of alcohol during said** |



treatment." **(In violation of Special Condition #2).**

Mr. Unruh was referred for substance abuse treatment at DCCCA/Options on 06/06/06.  He failed to appear for drug testing on 08/13/06, and he failed to appear for scheduled counseling sessions on 08/15/06 and 08/29/06.

3          **"The defendant shall participate in an approved program for substance abuse, which may include testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay, at the direction of the United States Probation Office.  The defendant shall abstain from the use of alcohol during said treatment." (In violation of Special Condition #2).**

On 11/30/06, Mr. Unruh left the DCCCA/Options inpatient treatment facility without permission and his whereabouts are unknown.

4          **"The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer." (In violation of Standard Condition #9).**

On 08/31/06, Mr. Unruh admitted to entering into a relationship with Jennifer Russell, who was convicted in Harvey County, Kansas for Possession of Methamphetamine and Firearms, and currently under supervision with Harvey County Community Corrections.  In addition, on 11/30/06, Mr. Unruh admitted to having continued contact with another felon, Daniel Branstetter, who is currently under federal supervision for a conviction of Unlawful User of a Controlled Substance in Possession of a Firearm.  He did not request permission for these contacts.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]    Revoked
[ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

Prob 12C                                    -3-                    *Petition for Warrant or Summons*
                                                                  *for Offender Under Supervision*
*Name of Offender: Jason A Unruh*                                 *Case Number: 1083 6:02CR10009-001*

I declare under penalty of perjury that the foregoing is true
and correct.

Executed on:    December 5, 2006

Approved:

_Bill Morton_                          _Lynn A Harris_

SUSPO                                  Lynn A Harris

                                       U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to
      counsel of record.  Unsealed upon arrest.
[ ]   The Issuance of a Summons
[ ]   Other

                                       _____
                                       Signature of Judicial Officer

                                       _12/7/06_____
                                       Date

cc: AUSA