AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

**DISTRICT OF** Kansas

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
'06 DEC 18 P2:57
RALPH L. DeLOACH
CLERK
BY _____ DEPUTY
AT WICHITA, KS

SEALED

UNITED STATES OF AMERICA

V.

JASON A. UNRUH

**WARRANT FOR ARREST**

CASE NUMBER: 02-10009-01-WEB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JASON A UNRUH**
<sub>Name</sub>

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her    (brief description of offense)

**TO SHOW CAUSE WHY TERM OF SUPERVISION SHOULD NOT BE REVOKED**

in violation of _____ United States Code, Section(s) _____

RALPH L. DeLOACH
Name of Issuing Officer

Clerk
Title of Issuing Officer

Signature of Issuing Officer

December 8, 2006         at Wichita, Kansas
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 12/11/06 | NAME AND TITLE OF ARRESTING OFFICER Troy Oberly 5280 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/15/06 | | |