(Revised 01/98)      CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE 12-18-06 - WICHITA

CASE NO. 02-10009-01-WEB   UNITED STATES vs. Jason A. Unruh    **FILED**

**APPEARANCES:**

Government:
- ( ) Lind
- ( ) Watson
- ( ) Furst
- ( ) Metzger
- (✓) Barnett
- ( ) Welch
- ( ) Anderson
- ( ) Treaster
- ( ) Mott

DEC 1 8 2006

RALPH L. DeLOACH, CLERK
By _____ Deputy

Defendant: (✓) In Person    (✓) By Counsel: Jeff Griffith
( ) Retained    (✓) Appointed

**JUDGE:**
- (✓) Humphreys
- ( ) Bostwick

**CLERK:**
- (✓) Stimits
- ( ) Larkey

**U.S. PROBATION:**
- ( ) Madden
- ( ) Hase
- (✓) Harris

**Proceedings:**
- ( ) Preliminary Hearing
- (✓) Rule 5
- ( ) Bond Hearing
- ( ) Held
- (✓) Detention
- ( ) Bond Revoc.
- ( ) Waived
- ( ) Arraignment
- ( ) Probation Violation
- ( ) Sentence

✓ Supervised Release Violation

(✓) **Violations** ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS   Arrest Date Self-surrender 12-15-06

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status   (✓) Counsel appointed CJA
- (✓) Defendant's constitutional rights explained   ( ) Felony ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter ( ) Appointed   ( ) Sworn Name: _____

( ) ARRAIGNMENT AND PLEA:
- ( ) Waived Reading   ( ) Indictment   ( ) Information   (✓) No. of Violations: 4   ( ) Read to Defendant
- ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty   Counts: ___ withdrawn
- ( ) Guilty   Counts: ___ accepted
- ( ) Not Guilty   Counts: ___

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to: ___
- ( ) Bond ( ) Fixed at ___ ( ) Remain at: $___   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the ___ District of ___
- ( ) Release Order ( ) Executed ( ) Continued in effect   (✓) Remanded to Custody
- (✓) Detention Ordered   ( ) Temporary Detention Ordered
- ( ) Set for Trial: ___ at ___ a.m./p.m. before Judge ___

Motions to be filed ___ Response(s) to Motions to be filed ___ Motions to be heard
on ___ at ___ a.m./p.m. before Judge ___

Defendant's next appearance as directed at ___ a.m./p.m. before Judge Brown
for: ( ) Detention hearing ( ) Arraignment (✓) revocation hearing

Miscellaneous: 1:36 - 2:04 Defendant self-surrendered; petition unsealed. Defendant waived his right to the preliminary hearing. The Court accepted the waiver and found probable cause. After hearing argument of counsel, the court sustained the Government motion for detention pending the revocation hearing.