**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 02-10009-01-WEB** |
| ) | |
| **JASON A. UNRUH,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER OF DETENTION PENDING**
**REVOCATION HEARING**

On December 18, 2006 pursuant to Fed. R. Crim. P. 32.1, 46(c), and 18 U.S.C. § 3143(a), a hearing was conducted on a Petition for Warrant or Summons for Offender Under Supervision. The Government appeared by and through Debra Barnett, Assistant United States Attorney. The defendant appeared in person and through appointed counsel, Jeff Griffith.

The Government requested a detention hearing because this case involves the presumption described in 18 U.S.C. §3143(a), namely, that no condition will reasonably assure the appearance of the defendant as required or the safety of the community. The Government's motion for detention is **SUSTAINED**. The following findings require the detention of the defendant pending a revocation hearing in this case:

1. There is probable cause to believe that the defendant violated conditions of release and defendant has not met his burden of establishing that he will not pose a danger to the community pursuant to Rule 32.1(a)(6). It was, therefore, established by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. All reasonable alternatives to detention have been considered, including house arrest.

**IT IS THEREFORE ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate,

to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a Revocation Hearing to be scheduled before the Honorable Wesley E. Brown, United States District Judge.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas, this 18th day of December, 2006.

S/ Karen M. Humphreys
_____
KAREN M. HUMPHREYS
United States Magistrate Judge